ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Amentum Services, Inc. | ) | ASBCA No. 63527 |
| | ) | |
| Under Contract No. W9124G-17-C-0005 | ) | |

APPEARANCES FOR THE APPELLANT:     Terry L. Elling, Esq.
                                                            Amy L. Fuentes, Esq.
                                                            Angela M. Jimenez, Esq.
                                                            Danielle R. Rich, Esq.
                                                            Christian Hecht, Esq.
                                                            Tanner N. Slaughter, Esq.
                                                              Holland & Knight LLP
                                                              Tysons, Virginia

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                                                  Army Chief Trial Attorney
                                                                  CPT Paula F. Barr, JA
                                                                  LTC Benjamin W. Hogan, JA
                                                                  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 27, 2024

ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63527, Appeal of Amentum Services, Inc., rendered in conformance with the Board's Charter.

Dated:  June 27, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals